**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

CRIMINAL ACTION NO. 09-3-DLB-CJS

UNITED STATES OF AMERICA                                                            PLAINTIFF

VS.                               **ORDER ADOPTING
REPORT AND RECOMMENDATION**

GERALD LYNN SEIBERT, II                                          DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant Gerald Lynn Seibert, II's supervised release and that he be sentenced to an eighteen (18) month term of imprisonment, with no term of supervised release to follow. (Doc. # 48). At the final revocation hearing conducted on August 31, 2017, Defendant agreed to admit to the violations alleged in the June 20, 2017 Violation Report. (Doc. # 35).

Defendant having executed a waiver of his right to allocution (Doc. # 50), and the time for filing objections to the R&R having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 48) is **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant Gerald Lynn Seibert, II is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is hereby **SENTENCED** to **eighteen (18) months** of imprisonment, credit to be given for time served, **with no term of supervised release to follow**;

(5) Defendant's confinement shall be served, if feasible, at FCI Manchester, or alternatively, the closest medical facility available for necessary medical care and treatment in conjunction with Defendant's service of the sentence imposed; and

(6) A separate Judgment shall be entered contemporaneously forthwith.

This 24th day of January, 2018.



Signed By:
*David L. Bunning*
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2009\09-03 Order Adopting R&R re SRV.docx